Gary **TUCKER**, Appellant

v.

John E. **WETZEL**, Tanya Brandt, Randall S. Perry, Michael Bell, Supt. Harry, Deborah Alvord, Appellees

No. 117 MAP 2016

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of August, 2017, the Order of the Commonwealth Court is **AFFIRMED.**